# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, JAMES A | U.S. DISTRICT COURT | 04/03/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period. |
|---|---|---|
| Chief U.S.DIST.JUDGE(SENIOR) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☐ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 421 Gold Ave., S.W. ALBUQUERQUE, N.M. 87102 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISPOSITION/INTEGRITY OFFICE
APR 10
11 AM '06
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | N | T | | | | | |
| 2. General Electric | C | Dividend | M | T | | | | | |
| 3. BankAmerica | F | Dividend | P1 | T | Sold (Part) | 9/28 | L | | Open Market |
| 4. U.S. Treas Notes | E | Interest | N | T | | | | | |
| 5. Checking Acct.-(JAP⬛⬛) BkAmerica-Albuquerque, NM | A | Interest | K | T | | | | | |
| 6. Check Acct(JAP⬛⬛)Bk.Am. (Undivided 50%) | A | Interest | J | T | | | | | |
| 7. Agency Acct(JAP⬛⬛ Chase-Morgan Private Bank, TX | A | Interest | J | T | | | | | |
| 8. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 9. Parcel #2, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 10. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 11. Parcel #2, Brazoria Co., TX (Undivided 50%) | | None | J | S | | | | | |
| 12. Parcel #1, Live Oak Co., TX (Undivided 50%) | C | Rent | M | S | | | | | |
| 13. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 14. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 15. Promissory Note-Receivable (Undivided 20%) | D | Interest | M | T | | | | | Moyer Land Ltd. |
| 16. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 17. LOUISIANA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State leases, St. Bernard Parish | E | Royalty | L | W | | | | | |
| 19. Common Leases, Ascension Parish | A | Royalty | K | W | | | | | |
| 20. VariousLeases, Placquemine Parish | A | Royalty | J | W | | | | | |
| 21. TEXAS | | | | | | | | | |
| 22. Dobie Ranch, Live Oak Co. | E | Royalty | M | W | | | | | |
| 23. COLORADO | | | | | | | | | |
| 24. O.R.R.I., Weld Co. | B | Royalty | J | W | | | | | |
| 25. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 26. 5 Wells, Adams Co., CO. | G | Distribution | L | U | | | | | |
| 27. 1 Well, Arapahoe Co, CO. | E | Distribution | J | U | | | | | |
| 28. 5 Wells, Washington Co., CO | E | Distribution | K | U | | | | | |
| 29. 1 Well, Weld Co., CO. | B | Distribution | K | U | | | | | |
| 30. 1 Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 31. 20 Wells, Stark Co., N.D. | G | Distribution | O | U | | | | | |
| 32. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 33. Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | J | T | | | | | |
| 34. Home Depot | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc. | C | Dividend | L | T | | | | | |
| 36. Emerson Elec. | A | Dividend | K | T | | | | | |
| 37. Partnerre Hold | A | Dividend | K | T | | | | | |
| 38. Intel | C | Dividend | M | T | Sold (Part) | 9/28 | K | C | Open Market |
| 39. Cisco Systems Inc | | None | N | T | Sold (Part) | 9/28 | K | | Open Market |
| 40. Tiffany & Co. | A | Dividend | K | T | | | | | |
| 41. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 42. Staples, Inc. | A | Dividend | M | T | | | | | |
| 43. Clear Channel Comm., Inc. | A | Dividend | J | T | | | | | |
| 44. Analog Devices,Inc. | A | Dividend | K | T | | | | | |
| 45. St. Paul Co.,Inc. | A | Dividend | K | T | | | | | |
| 46. Transocean Sedco,Inc. | A | Dividend | K | T | | | | | |
| 47. Verizon Global Note | B | Interest | K | T | | | | | |
| 48. Wells Fargo & Co Note | B | Interest | K | T | | | | | |
| 49. Fed Home LN MTG Bank Note | A | Interest | K | T | | | | | |
| 50. Bank of America Certificates of Deposit | D | Interest | N | T | | | | | |
| 51. Franklin Global LG Cap Fund | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Global SM Cap Fund | | None | L | T | Sold | 6/30 | L | | Open Market |
| 53. CCC Spinco | | None | J | T | Spin Off | 12/30 | J | | Spin off -- Clear Channel |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

During 2005 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, American Red Cross National Headquarters Disaster Relief Fund, Church of the Holy Comforter, and Salvation Army Hurricane Katrina Relief Fund..

During 2005 I made gifts exceeding $1,000.00 in value of interests in our family LLC to █████████████████████████

The securities shown on lines 1-4 and 34-53 of Section VII were held during 2005 by Fiduciary Trust International either in I.R.A. accounts and/or in a managed account.

The agency account at Chase-J.P. Morgan Private Bank (line 7, Section VII) is an account in which ████████ and I each have an undivided 50% interest. The primary assets for which Chase-J. P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 18-20, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 7, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 18-20 of Section VII.

Value code S was used for the following properties:

| | | | |
|---|---|---|---|
| Line 8 | Parcel #1, Harris Co., TX | $335, 850 | (My 50%=$167,925) |
| Line 9 | Parcel #2, Harris Co., TX | $435, 000 | (My 50%=$217,500) |
| Line 10 | Parcel #3, Harris Co., TX | $111,300 | (My 50%= $55,650) |
| Line 11 | Parcel #2, Brazoria Co., TX | $11,120 | (My 50%= $5,560) |
| Line 12 | Parcel #1, Live Oak Co., TX | $39,210 | (My 50%= $19,605) |
| Line 13 | Parcel #1, Bernalillo Co., NM | $157,800 | (My 25%=$39,450) |
| Line 14 | Parcel #2 Bernalillo Co., NM | $63,700 | (My 50%=$36,850) |

On my report for 2004 I incorrectly showed 6 wells in Adams Co., Colorado when I should have shown only 5 wells, the number correctly reported in this 2005 report (line 26, Section VII).

During 2005 one of the wells in Weld Co., Colorado did not produce and it now is shut-in. Consequently, this 2005 report shows only one well in Weld Co. (line 29, Section VII).

Sales of Bank of America stock (line 3, Section VII), of Cisco stock (line 39, Section VII) and Intel stock (line 38, Section VII) were made on 11/15 as well as on 9/28, but the program would not accept more than one date in the space provided. The values shown in Section VII are the totals of the sales on both dates. The sales of Bank of America stock and of Cisco stock resulted in losses, not gains.

The sale of Franklin Global SM Cap Fund (line 52, Section VII) resulted in a loss, not a gain.

On December 30, 2005 at the time of the spin-off of shares of CCE Spinco (line 53, Section VII) I sold a fractional share ███████ for $4.07.

During 2005 I received refunds for overpayment of state taxes from New Mexico and Colorado within income code D and from North Dakota within income code C. Our family L.L.C received a refund from Texas in the amount of $377 for overpayment of a state franchise tax.

During 2005 I received an energy rebate from the State of New Mexico in the amount of $84.

During 2005 I received a payment of earnest money within income code C as a result of a default on a contract for the purchase of the property shown in line 9, Section VII.

During 2005 I received, as an intestate beneficiary, a distribution within income code F from the estate of a cousin.

During 2005 I received a credit of 28 cents on my account with American Express described on the account statement as "Class Action Settlement/Boehr."

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/03/06 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████████████████████ Date 4-3-06

NOTE███████████████████████████████AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND ███████████████████████████████

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544